FILED

SEP 0 8 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>DEANNA EGGUM,<br><br>           Defendant. | CV 20-58-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the preliminary pretrial conference presently set for Friday, September 18, 2020 at 9:30 a.m. is **VACATED** and **RESET** for **Friday, September 18, 2020 at 1:30 p.m.,** changing the time of the pretrial conference only.

The conference will be conducted in accordance with Fed. R. Civ. P. 16 and 26(f) and Local Rules 16.1, 16.2, and 26.1. Counsel shall appear telephonically by following these steps:

        A.    Dial: 1-877-336-1828
        B.    Enter access code: 5803070#
        C.    Press: #
        D.    Speak your name at the tone

1

If a party cannot attend the conference at the time set, application for an extension must be made by motion. This motion must state whether the opposing party or parties object(s). The motion must be accompanied with a proposed date that works for all parties.

All other deadlines outlined in the Court's Order of June 26, 2020 (Doc. 6) shall remain in effect.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 8th day of September, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge