## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | CV 20-58-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| DEANNA EGGUM, | |
| Defendant. | |

Upon Stipulation between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this  5th  day of May, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1